**7/9/2015**                                                    **COA No. 02-14-00237-CR**
**MULLINAX, SHAUN RAY      Tr. Ct. No. CR17033**               **PD-0792-15**

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**7/9/2015**  **COA No. 02-14-00237-CR**
**MULLINAX, SHAUN RAY**   **Tr. Ct. No. CR17033**  **PD-0792-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

DISTRICT ATTORNEY WISE COUNTY
101 N. TRINITY SUITE 200
DECATUR, TX 76234
* DELIVERED VIA E-MAIL *

**7/9/2015**                                      **COA No. 02-14-00237-CR**

**MULLINAX, SHAUN RAY**     **Tr. Ct. No. CR17033**                **PD-0792-15**

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *

**7/9/2015**                                                    **COA No. 02-14-00237-CR**
**MULLINAX, SHAUN RAY    Tr. Ct. No. CR17033**                  **PD-0792-15**

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

ROBERT  SIRIANNI JR.
201 NORTH NEW YORK AVE., SUITE 200
P.O. BOX 2047
WINTER PARK, FL  32790
* DELIVERED VIA E-MAIL *